AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

United States of America
### v.
Benjamin Cohen

███████████

*Defendant(s)*

)
)
)
)
)
)
)

Case: 1:23−mj−00198
Assigned To : Harvey, G. Michael
Assign. Date : 8/8/2023
Description: Complaint W/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1)- | Assaulting, Resisting, or Impeding Certain Officers; |
| 18 U.S.C. § 231(a)(3)- | Civil Disorder; |
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(4)- | Engaging in Physical Violence in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(F)- | Act of Physical Violence in the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

**N** Continued on the attached sheet.

███████████

*Complainant's signature*

███████████

*Printed name and title*

Attested to by the applicant. in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____08/08/2023____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*