# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | |
|---|---|
| v. | ) Case: 1:23-mj-00198 |
| | ) Assigned To : Harvey, G. Michael |
| Benjamin Cohen | ) Assign. Date : 8/8/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Benjamin Cohen                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3)- Civil Disorder;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings.

G. Michael Harvey — Digitally signed by G. Michael Harvey  Date: 2023.08.08 10:54:25 -04'00'

Date:     08/08/2023

*Issuing officer's signature*

City and state:     Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

---

### Return

This warrant was received on *(date)*  8/9/2023 , and the person was arrested on *(date)*  8/9/2023
at *(city and state)*  Westport, Connecticut.

Date:  8/9/2023

*Arresting officer's signature*

TFO Charles Bascatta

*Printed name and title*