# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                    **APPEARANCE**

BENJAMIN COHEN          CASE NO.:   1:23mj198 GMH

*To the Clerk of this Court and all parties of record:*

*Enter my Appearance as counsel in this case for:*

                              **BENJAMIN COHEN**

*Date: August 24, 2023*          /s/Lillian Odongo
                                       Signature

*Bar No.: phv10994*            Lillian Odongo
                                       Print Name

                                       OFFICE OF THE FEDERAL DEFENDER
                                       Firm Name

                                       265 Church Street, Suite 702
                                       Address

                                       New Haven,      CT      06510
                                       City            State      Zip Code

                                       (203) 498-4200
                                       Phone Number

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 24, 2023, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                       /s/Lillian Odongo
                                       Lillian Odongo