# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**BENJAMIN COHEN,**<br><br>Defendant. | Case No. 23-mj-198 |

## ORDER

Based upon the representations in the Joint Motion to Continue the Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further **ORDERED** that the currently scheduled status hearing on October 19, 2023, be continued for good cause to November 14, 2023, at 1:00 p.m.; and it is further

**ORDERED** that the time between October 19, 2023, and November 14, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy indictment and trial, as a continuance will provide the parties additional time to produce and review voluminous discovery and engage in preliminary negotiations.

_____
UNITED STATES MAGISTRATE JUDGE